No. 03–9942. YOUNG v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–9943. ALLEN, AKA ALI v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 03–9944. ALLISON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–9949. SLACK v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9950. STERLING v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 03–9955. HENDERSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–9959. HENDERSON v. BRILEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–9962. HARRIS v. WEST VIRGINIA. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 03–9964. BRIDGEFORTH v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–9979. RECTOR v. OHIO. Ct. App. Ohio, Carroll County. Certiorari denied.

No. 03–9984. JOHNSON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–9985. JOHNSON v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9987. BEHARRY v. M. T. A. NEW YORK CITY TRANSIT AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–9990. WILLIAMS v. JAMROG, WARDEN. C. A. 6th Cir. Certiorari denied.